EDTN  Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
GARY R. LUNDY
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:    3:01-CR-161-001

BETH FORD
Defendant's Attorney

## THE DEFENDANT:
[✓]   admitted guilt to violations <u>1, 2, 3, 4 and 5</u> as stated in the Amended Petition for Offender Under Supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | TESTED POSITIVE FOR MARIJUANA | 06/20/05 |
| 2 | FAILED TO PARTICIPATE IN TREATMENT | 06/17/05 |
| 3 | REFUSED TO SUBMIT TO DRUG SCREEN | 11/07/05 |
| 4 | DID NOT REPORT CHANGE IN EMPLOYMENT | 10/25/05 |
| 5 | FAILED TO PAY CHILD SUPPORT | 08/27/05 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

DECEMBER 1, 2005
Date of Imposition of Sentence

*/s/ C. Clifford Shirley Jr.*
Signature of Judicial Officer

C. CLIFFORD SHIRLEY, JR., United States Magistrate Judge
Name & Title of Judicial Officer

DECEMBER 1, 2005
Date

DEFENDANT: GARY R. LUNDY
CASE NUMBER: 3:01-CR-161-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

**THE DEFENDANT IS SENTENCED TO A TERM OF IMPRISONMENT OF SIX (6) MONTHS AS TO COUNTS 1, 2, 3, AND 4; SAID COUNTS TO RUN CONCURRENTLY.**

[X] The court makes the following recommendations to the Bureau of Prisons:

**THAT THE DEFENDANT BE DESIGNATED TO FCI MANCHESTER, KENTUCKY AND BE ALLOWED TO REPORT AFTER DECEMBER 25, 2005.**

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m.[ ] p.m.on ___.
    [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on _.
    [X] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL